# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MELVIN AMODEO, | : | No. 11 WAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 12 MD 2017 |
| | : | entered 2/15/17 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM:**                                        **DECIDED: August 22, 2017**

**AND NOW**, this 22nd day of August, 2017, the Order of the Commonwealth Court is hereby AFFIRMED.